1  Jeannie S. Rhee (*pro hac vice* forthcoming)
   William A. Isaacson (*pro hac vice* forthcoming)
2  Martha L. Goodman (*pro hac vice* forthcoming)
3  **PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
4  2001 K Street, NW
   Washington, DC 20006-1047
5  Telephone: (202) 223-7300
   Facsimile: (202) 223-7420
6  jrhee@paulweiss.com
7  wisaacson@paulweiss.com
   mgoodman@paulweiss.com
8
   Meredith R. Dearborn (SBN 268312)
9  **PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
10 535 Mission Street, 24th Floor
   San Francisco, California 94105
11 Telephone: (202) 223-7323
12 Facsimile: (202) 330-5908
   mdearborn@paulweiss.com
13
14  *Counsel for Defendants Google LLC et al.*
15
16                  **UNITED STATES DISTRICT COURT**
17                  **NORTHERN DISTRICT OF CALIFORNIA**
18                         **SAN FRANCISCO DIVISION**
19
20
21   CONNOR HURLEY,                          Case No. 3:25-cv-00883-VC
22                                           **DEFENDANTS' CORPORATE**
             Plaintiff,                      **DISCLOSURE STATEMENT AND**
23        v.                                 **CERTIFICATION OF INTERESTED**
                                             **ENTITIES AND PERSONS**
24   GOOGLE LLC, et al.,
25                                           Judge: Hon. Vince Chhabria
             Defendants.
26
27
28

DEFENDANTS' CORP. DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES
AND PERSONS
Case No. 3:25-cv-00883-VC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants disclose the following:

Alphabet Inc. is a publicly traded company; no publicly traded company holds 10% or more of Alphabet Inc.'s stock.

Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds 10% or more of Alphabet Inc.'s stock.

Google Payment Corp. is a subsidiary of Google LLC. Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds 10% or more of Alphabet Inc.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Google Payment Corp.
2. Google LLC
3. XXVI Holdings Inc., Holding Company of Google LLC
4. Alphabet Inc., Holding Company of XXVI Holdings Inc.

DATED: February 19, 2025        Respectfully submitted,

By: ___/s/ Meredith R. Dearborn___
Jeannie S. Rhee (pro hac vice forthcoming)
William A. Isaacson (pro hac vice forthcoming)
Martha L. Goodman (pro hac vice forthcoming)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
jrhee@paulweiss.com
wisaacson@paulweiss.com
jphillips@paulweiss.com
mgoodman@paulweiss.com

Meredith R. Dearborn (SBN 268312)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, California
Telephone: (202) 223-7323
Facsimile: (202) 330-5908
mdearborn@paulweiss.com

*Counsel for Defendants Google LLC et al.*