ROBERT J. GRALEWSKI, JR. (CA Bar No. 196410)
**KIRBY McINERNEY LLP**
1420 Kettner Boulevard, Suite 100
San Diego, CA 92101
Telephone: 858-834-2044
BGralewski@kmllp.com

DAVID E. KOVEL (admitted *pro hac vice*)
LAUREN WANDS (admitted *pro hac vice*)
**KIRBY McINERNEY LLP**
250 Park Avenue, Suite 820
New York, NY 10177
Telephone: (212) 371-6600
DKovel@kmllp.com
LWands@kmllp.com

*Counsel for Plaintiff and the Proposed Class*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CONNOR HURLEY, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,  GOOGLE PAYMENT CORP., and ALPHABET INC.,<br><br>Defendants. | Case No. 3:25-cv-883-JD |

### NOTICE OF SUPPLEMENTAL AUTHORITY
### RELATING TO PENDING MOTION TO DISMISS

Plaintiff wishes to call the Court's attention to a recent Ninth Circuit decision, *Seagate Technology LLC v. NHK Spring Co., LTD*, Case No. 24-4470 (9th Cir. Jan. 8, 2026) (Slip Op.),

which is attached as Exhibit A. In *Seagate*, the Ninth Circuit considered the "domestic effects" exception to the Foreign Trade and Antitrust Improvement Act ("FTAIA").  In reversing dismissal of a complaint, the Ninth Circuit held that where a foreign purchaser, "explains exactly how [d]efendants' activities resulted in the U.S. prices directly setting the worldwide price," Slip. Op. at p.26-27 (cleaned up), that foreign purchaser has stated a viable antitrust claim within the "domestic effects" exception to the FTAIA.

Respectfully submitted,

Dated: January 12, 2026

Respectfully submitted,

**KIRBY McINERNEY LLP**

*s/ Robert J. Gralewski, Jr.*
Robert J. Gralewski, Jr. (CA Bar No. 196410)
1420 Kettner Boulevard, Suite 100
San Diego, CA 92101
Telephone: (858) 834-2044
Email: BGralewski@kmllp.com

David E. Kovel (admitted *pro hac vice*)
Lauren Wands (admitted *pro hac vice*)
250 Park Avenue, Suite 820
New York, NY 10177
Telephone: (212) 371-6600
Email: DKovel@kmllp.com
          LWands@kmllp.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Mark C. Rifkin (*pro hac vice* forthcoming)
Thomas H. Burt (*pro hac vice* forthcoming)
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Email: rifkin@whafh.com
          burt@whafh.com

*Counsel for Plaintiff*