Robert J. Gralewski, Jr. (SBN 196410)
KIRBY McINERNEY LLP
1420 Kettner Boulevard, Suite 100
San Diego, CA 92101
Telephone: 858-834-2044
BGralewski@kmllp.com

David E. Kovel (admitted pro hac vice)
Lauren Wands (admitted pro hac vice)
KIRBY McINERNEY LLP
250 Park Avenue, Suite 820
New York, New York 10177
Telephone: (212) 371-6600
DKovel@kmllp.com
LWands@kmllp.com

*Counsel for Plaintiff*

Jeannie S. Rhee (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
DUNN ISAACSON RHEE LLP
401 Ninth Street, NW
Washington, DC 20004
Telephone: (202) 240-2900
jrhee@dirllp.com
wisaacson@dirllp.com
mgoodman@dirllp.com

Meredith R. Dearborn (SBN 268312)
DUNN ISAACSON RHEE LLP
345 California Street
San Francisco, CA 94104
Telephone: (202) 240-2900
mdearborn@dirllp.com

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CONNOR HURLEY,<br><br>        *Plaintiff,*<br><br>    vs.<br><br>GOOGLE LLC, et al.,<br><br>        *Defendants.* | Case No. 3:25-cv-883-JD<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE RESPONSE TO PLAINTIFF'S STATEMENT OF RECENT DECISION**<br><br>The Honorable James Donato |

Plaintiff Connor Hurley (the "Plaintiff") and Defendants Google LLC and Google Payment Corp. (collectively, "Google") (collectively with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed an Amended Complaint on April 28, 2025 (Dkt. 35);

WHEREAS, Defendants moved to dismiss the Amended Complaint on May 23, 2025 (Dkt. 38);

WHEREAS, Plaintiff filed his opposition to the motion to dismiss on June 17, 2025 (Dkt. 40);

WHEREAS, Defendants filed their reply brief in support of their motion to dismiss on July 3, 2025 (Dkt. 37);

WHEREAS, the Court vacated the hearing on the motion to dismiss set for August 21, 2025 and the motion was submitted on the papers on August 18, 2025 (Dkt. 45);

WHEREAS, Plaintiff filed a Statement of Recent Decision ("Statement") on January 12, 2026;

WHEREAS, Google respectfully seeks to respond to this Statement;

WHEREAS, the Parties conferred and Plaintiff does not object to Google filing a one-page response to the Statement, and Google does not object to Plaintiff filing a one-page reply;

NOW, THEREFORE, IT IS STIPULATED AND AGREED BETWEEN THE PARTIES, through their respective counsel:

1. Google's one-page response to the Statement in the form attached as Exhibit A is deemed filed, and;

2. Within seven days from the date of this Stipulation, Plaintiff may file a one-page reply to Google's response to the Statement.

**IT IS SO STIPULATED.**

STIPULATION AND [PROPOSED] ORDER TO FILE RESPONSE TO PLAINTIFF'S STATEMENT OF RECENT DECISION
Case No. 3:25-cv-883-JD

DATED: January 22, 2026

By: */s/ Martha Goodman*
Jeannie Rhee (pro hac vice)
William A. Isaacson (pro hac vice)
Martha L. Goodman (pro hac vice)
**DUNN ISAACSON RHEE LLP**
401 9th St NW, Suite 800
Washington, DC 20004
Telephone: 202-240-2900
JRhee@dirllp.com
WIsaacson@dirllp.com
MGoodman@dirllp.com

Meredith Dearborn (SBN 268312)
**DUNN ISAACSON RHEE LLP**
345 California Street, Suite 600
San Francisco, CA 94104-2671
Telephone: 202-240-2900
MDearborn@dirllp.com

*Counsel for Defendants*

DATED: January 22, 2026

By: */s/ Robert J. Gralewski, Jr.*
Robert J. Gralewski, Jr. (CA Bar No. 196410)
**KIRBY McINERNEY LLP**
1420 Kettner Boulevard, Suite 100
San Diego, CA 92101
Telephone: (858) 834-2044
Email: BGralewski@kmllp.com

David E. Kovel (admitted pro hac vice)
Lauren Wands (admitted pro hac vice)
250 Park Avenue, Suite 820
New York, NY 10177
Telephone: (212) 371-6600
Email: DKovel@kmllp.com
          LWands@kmllp.com

*Counsel for Plaintiff*

STIPULATION AND [PROPOSED] ORDER TO FILE RESPONSE TO PLAINTIFF'S STATEMENT OF RECENT
DECISION
Case No. 3:25-cv-883-JD

**ATTESTATION PURSUANT TO LOCAL CIVIL RULE 5-1**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests under penalty of perjury that the concurrence in the filing of this document has been obtained from all signatories hereto.

DATED: January 22, 2026

By:  */s/ Martha L. Goodman*

Martha L. Goodman

STIPULATION AND [PROPOSED] ORDER TO FILE RESPONSE TO PLAINTIFF'S STATEMENT OF RECENT DECISION
Case No. 3:25-cv-883-JD

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2026

_____
Hon. James Donato
United States District Judge